## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS



**POMERANTZ HAUDEK BLOCK**
**GROSSMAN & GROSS LLP**
Stanley M. Grossman
Marc I. Gross
100 Park Avenue
New York, NY 10017
Telephone: (212) 661-1100

**WECHSLER HARWOOD LLP**
Robert I. Harwood (RH-3286)
Samuel K. Rosen (SR-3287)
Jeffrey M. Norton (JN-4827)
488 Madison Avenue
New York, New York 10022
Tel.: (212) 935-7400

*Proposed Lead Counsel for Plaintiffs and the Class*

```
------------------------------------------------------------x
CAROLYN GREENE, on behalf of herself          :
and all others similarly situated,            :
                                              :
                            Plaintiff,        :
                                              :
                -against-                     :
                                              :   Civil Action No.03-CV-12628-NG
                                              :
BIOPURE CORPORATION,                          :
THOMAS A. MOORE, CARL W. RAUSCH,              :
and RONALD F. RICHARDS,                       :
                                              :
                                              :
                            Defendants.       :
------------------------------------------------------------x
```

*[Additional captions on following page]*

### DECLARATION OF MARC I. GROSS
### IN SUPPORT OF MEMORANDUM OF LAW
### IN SUPPORT OF PLAINTIFFS MOTION FOR CONSOLIDATION,
### APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF LEAD COUNSEL

```
------------------------------------------------------------x
JOHN G. ESPOSITO, on behalf of himself       :
and all others similarly situated,           :
                                             :
                                             :
                                             :
                      Plaintiff,             :
                                             :
        -against-                            :
                                             :        Civil Action No.04-CV-10013-NG
BIOPURE CORPORATION,                         :
THOMAS A. MOORE, CARL W. RAUSCH,             :
and RONALD F. RICHARDS,                      :
                                             :
                                             :
                      Defendants.            :
------------------------------------------------------------x


------------------------------------------------------------x
JAMES J. NIZZO, VIRGINIA C. NIZZO, and       :
CARLO CILIBERTI, on behalf of themselves     :
and all others similarly situated,           :
                                             :
                                             :
                      Plaintiff,             :
                                             :
        -against-                            :
                                             :        Civil Action No.04-CV-10065-NG
BIOPURE CORPORATION,                         :
THOMAS A. MOORE, CARL W. RAUSCH,             :
and RONALD F. RICHARDS,                      :
                                             :
                      Defendants.            :
------------------------------------------------------------x
```

```
-----------------------------------------------------x
BARRY BROOKS, on behalf of himself          :
and all others similarly situated,          :
                                            :
                                            :
                         Plaintiff,         :
                                            :
             -against-                      :
                                            :        Civil Action No.04-CV-10077-NG
BIOPURE CORPORATION,                        :
THOMAS A. MOORE, CARL W. RAUSCH,            :
and RONALD F. RICHARDS,                     :
                                            :
                                            :
                        Defendants.         :
-----------------------------------------------------x


-----------------------------------------------------x
ANASTASIOS PERLEGIS, on behalf of himself   :
and all others similarly situated,          :
                                            :
                                            :
                         Plaintiff,         :
                                            :
             -against-                      :        Civil Action No.04-CV-10078-NG
                                            :
BIOPURE CORPORATION,                        :
THOMAS A. MOORE, CARL W. RAUSCH,            :
and RONALD F. RICHARDS,                     :
                                            :
                                            :
                        Defendants.         :
-----------------------------------------------------x
```

```
-----------------------------------------------x
MARTIN WEBER, on behalf of himself            :
and all others similarly situated,            :
                                              :
                                              :
                                              :
                    Plaintiff,                :
                                              :
          -against-                           :
                                              :    Civil Action No.04-CV-10090-NG
BIOPURE CORPORATION,                          :
THOMAS A. MOORE, CARL W. RAUSCH,              :
and RONALD F. RICHARDS,                       :
                                              :
                                              :
                    Defendants.               :
-----------------------------------------------x


-----------------------------------------------x
MODEL PARTNERS LIMITED, on behalf of          :
themselves and all others similarly situated, :
                                              :
                                              :
                    Plaintiff,                :
                                              :
          -against-                           :
                                              :    Civil Action No.04-CV-10155-NG
BIOPURE CORPORATION,                          :
THOMAS A. MOORE, CARL W. RAUSCH,              :
and RONALD F. RICHARDS,                       :
                                              :
                                              :
                    Defendants.               :
-----------------------------------------------x
```

```
-----------------------------------------------------------------x
GREGORY KRUSZKA, on behalf of himself        :
and all others similarly situated,           :
                                             :
                                             :
                           Plaintiff,        :
                                             :
             -against-                       :
                                             :    Civil Action No.04-CV-10202-NG
BIOPURE CORPORATION,                         :
THOMAS A. MOORE, CARL W. RAUSCH,             :
and RONALD F. RICHARDS,                      :
                                             :
                                             :
                           Defendants.       :
-----------------------------------------------------------------x
```

**DECLARATION OF MARC I. GROSS IN SUPPORT OF**
**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS MOTION**
**FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF**
**AND FOR APPROVAL OF LEAD COUNSEL**

I, Marc I. Gross, hereby declare that:

1.    I am a member of Pomerantz Haudek Block Grossman & Gross LLP. I submit
      this Declaration in support of the motion for appointment of Selina and Alexander
      Chao as Lead Plaintiffs.

2.    Submitted herewith are the following exhibits:

               **EXHIBIT A:** Certificate detailing Selina and Alexander Chao's
                          transactions in Biopure common stock.

               **EXHIBIT B:** Chart identifying Selina and Alexander Chao's transactions
                          in Biopure's common stock during this period.

               **EXHIBIT C:** Cauley Geller Bowman & Rudman LLP's December 30,
                          2003 press release announcing a securities class action
                          lawsuit has been filed against Biopure Corporation, et al.

               **EXHIBIT D:** Firm Biography of Pomerantz Haudek Block Grossman &
                          Gross LLP.

               **EXHIBIT E:** Firm Biography of Wechsler Harwood LLP.

February 27, 2004

Marc I. Gross