## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN GREENE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, and RONALD F. RICHARDS, <br><br> Defendants. | 1:03-cv-12628 (NG) <br><br> RELATED ACTIONS: <br> 1:04-cv-10046 (NG) <br> 1:04-cv-10055 (NG) <br> 1:04-cv-10065 (NG) <br> 1:04-cv-10077 (NG) <br> 1:04-cv-10078 (NG) <br> 1:04-cv-10090 (NG) <br> 1:04-cv-10144 (NG) <br> 1:04-cv-10155 (NG) <br> 1:04-cv-10179 (NG) <br> 1:04-cv-10189 (NG) <br> 1:04-cv-10190 (NG) <br> 1:04-cv-10202 (NG) |
| JOHN G. ESPOSITO, JR., Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, and RONALD F. RICHARDS, <br><br> Defendants. | 1:04-cv-10013 (NG) |
| JOSEPH L. KING, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, and RONALD F. RICHARDS, <br><br> Defendants. | 1:04-cv-10038 (NG) |

**MOTION OF THE HOMEYER GROUP FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL AND LIAISON COUNSEL**

William E. Homeyer, Jr., William Kim, Gernot Buerger, Thomas Echlin, and Richard M.

Acuna (collectively, the "Homeyer Group" or "Movants"), by their counsel, hereby move this

Court for an Order: (i) consolidating the above-captioned actions; (ii) appointing the Homeyer

Group as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the

"PSLRA"); and (iii) approving the Homeyer Group's selection of Milberg Weiss Bershad Hynes

& Lerach LLP and Rabin, Murray & Frank LLP as Co-Lead Counsel, and Moulton & Gans, P.C.

as Liaison Counsel of the actions, pursuant to the PSLRA.  In support of this Motion, Movants

submit herewith a Memorandum of Law, a Declaration, and a [Proposed] Order.

REQUEST FOR ORAL ARGUMENT

Movants respectfully request oral argument on this motion.

DATED:      March 1, 2004
            Boston, Massachusetts

Respectfully submitted:

**MOULTON & GANS, P.C.**

By: Nancy Freeman Gans (auth)
Nancy Freeman Gans, BBO #184540 (auth)
33 Broad Street, Suite 1100
Boston, MA  02109-4216
Telephone:  (617) 369-7979

*Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD HYNES
& LERACH LLP**
Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was
served upon the attorney of record for each party
by mail (by hand) on ___ 3/1/04

Nancy Freeman Gans
(auth)

**RABIN MURRAY & FRANK LLP**
Eric J. Belfi
275 Madison Avenue
New York, NY 10016
(212) 682-1818
(212) 682-1892

*Proposed Co-Lead Counsel*

**LAW OFFICES OF BRUCE G. MURPHY**
Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963
(772) 231-4202

*Attorney for Plaintiff*